UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-80199-Altman/Brannon

18 U.S.C. § 1029(a)(5)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

MATTHEW DAMSKY,

Defendant.
_____/

FILED BY ____SP____ D.C.

Sep 27, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States charges that:

Beginning on or about September 25, 2014 and continuing through on or about November 25, 2015, in the Southern District of Florida, and elsewhere, the defendant,

**MATTHEW DAMSKY,**

did knowingly and with intent to defraud effect transactions with access devices issued to another person, that is, American Express credit cards issued to Individual 1, to receive payment and any other thing of value during a one-year period, the aggregate value of which is equal to or greater than $1,000, said conduct affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(5).

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MATTHEW DAMSKY**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029(a)(5) as alleged in this Information, the defendant shall forfeit to the United States, any property constituting, or derived from, proceeds obtained directly or indirectly as the result of such violation.

All pursuant to Title 18, United States Code, Section 982(a)(2)(B) and the procedures set forth in Title 21, United States Code, Section 853, made applicable by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MATTHEW DAMSKY,
           Defendant.
_____/

CASE NO. 19-cr-80199-Altman/Brannon

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

- [ ] Miami
- [ ] Key West
- [ ] FTL
- [✓] WPB
- [ ] FTP

New Defendant(s)  Yes [ ]  No [ ]
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  NO
   List language and/or dialect  English

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   - I    0 to 5 days    [✓]
   - II   6 to 10 days    [ ]
   - III 11 to 20 days    [ ]
   - IV 21 to 60 days    [ ]
   - V   61 days and over    [ ]

   (Check only one)

   - Petty [ ]
   - Minor [ ]
   - Misdem. [ ]
   - Felony [✓]

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle) ?  Yes [ ]  No [✓]

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes [ ]  No [✓]

                    _____
                    Marc Osborne
                    ASSISTANT UNITED STATES ATTORNEY
                    FL Bar/Court I.D. No. A5500796

*Penalty Sheet(s) attached              REV 8/13/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: MATTHEW DAMSKY

**Case No**: 19-cr-80199-Altman/Brannon

COUNT #: 1

Fraud in Connection with Access Devices

18 United States Code, Section 1029(a)(5))

\* **Max.Penalty**: 15 years' incarceration; 3 year' supervised release; $250,000 fine and $100 special assessment, restitution

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 19-cr-80199-Altman/Brannon

## BOND RECOMMENDATION

DEFENDANT: MATTHEW DAMSKY

Own Recognizance
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:  Marc Osborne

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): Samuel Ivanovich
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
USSS - 505 S. Flagler Drive, Suite 800, West Palm Beach, FL 33401

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-cr-80199-Altman/Brannon |
| MATTHEW DAMSKY, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

BRUCE E. REINHART, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*